IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Boykins, Rodney

Printed: 9/5/06

Case Number: 05 B 36003
Judge: Hollis, Pamela S
Filed: 9/8/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Ch 7 Conversion: July 6, 2006
Confirmed: December 5, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 6,722.34 |  |
| Secured: |  | 3,084.67 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,150.00 |
| Trustee Fee: |  | 304.66 |
| Other Funds: |  | 1,183.01 |
| Totals: | 6,722.34 | 6,722.34 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Debra J Vorhies-Levine | Administrative | 2,150.00 | 2,150.00 |
| 2. | HomeComings Financial Network | Secured | 0.00 | 0.00 |
| 3. | HomeComings Financial Network | Secured | 21,533.49 | 2,287.84 |
| 4. | CitiFinancial Auto Ltd | Secured | 7,500.00 | 796.83 |
| 5. | Illinois Dept of Revenue | Priority | 150.04 | 0.00 |
| 6. | Nicor Gas | Unsecured | 214.08 | 0.00 |
| 7. | CitiFinancial Auto Ltd | Unsecured | 1,037.36 | 0.00 |
| 8. | United States Dept Of Education | Unsecured | 465.31 | 0.00 |
| 9. | Illinois Dept of Revenue | Unsecured | 4.74 | 0.00 |
| 10. | City Of Chicago Dept Of Revenue | Unsecured | 57.00 | 0.00 |
| 11. | Guardian National Acceptance Corp. | Unsecured | 1,710.66 | 0.00 |
| 12. | WFS Financial | Unsecured | 992.55 | 0.00 |
| 13. | First Resolution Investment Corp | Unsecured | 511.81 | 0.00 |
| 14. | City of Blue Island | Unsecured | 450.00 | 0.00 |
| 15. | Advanced Heart and Health | Unsecured | | No Claim Filed |
| 16. | ADT Security Systems | Unsecured | | No Claim Filed |
| 17. | AT&T Broadband | Unsecured | | No Claim Filed |
| 18. | AFNI | Unsecured | | No Claim Filed |
| 19. | Cingular Wireless | Unsecured | | No Claim Filed |
| 20. | Ameritech | Unsecured | | No Claim Filed |
| 21. | AT&T Broadband | Unsecured | | No Claim Filed |
| 22. | Carpet Corner | Unsecured | | No Claim Filed |
| 23. | Certegy Payment Recovery Services Inc | Unsecured | | No Claim Filed |
| 24. | Automated Collection Services | Unsecured | | No Claim Filed |
| 25. | Bally Total Fitness | Unsecured | | No Claim Filed |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Boykins, Rodney

Printed: 9/5/06

Case Number: 05 B 36003
Judge: Hollis, Pamela S
Filed: 9/8/05

| # | Creditor | Type | | Claim |
|---|---|---|---|---|
| 26. | CFC Financial Corp | Unsecured | | No Claim Filed |
| 27. | City of Harvey | Unsecured | | No Claim Filed |
| 28. | Devina Shah | Unsecured | | No Claim Filed |
| 29. | Comcast Cablevision | Unsecured | | No Claim Filed |
| 30. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 31. | Dish Network | Unsecured | | No Claim Filed |
| 32. | Creditors Discount & Audit Co | Unsecured | | No Claim Filed |
| 33. | Credit Management Co. | Unsecured | | No Claim Filed |
| 34. | Direct Tv | Unsecured | | No Claim Filed |
| 35. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 36. | ADT Security Systems | Unsecured | | No Claim Filed |
| 37. | Keith S Shindler Ltd | Unsecured | | No Claim Filed |
| 38. | Friedman & Wexler LLC | Unsecured | | No Claim Filed |
| 39. | Hollywood 13841/Bridgeview | Unsecured | | No Claim Filed |
| 40. | Ingalls Memorial Hospital | Unsecured | | No Claim Filed |
| 41. | Certegy Payment Recovery Services Inc | Unsecured | | No Claim Filed |
| 42. | Intermed Oncology Associates | Unsecured | | No Claim Filed |
| 43. | National IPF Company | Unsecured | | No Claim Filed |
| 44. | Lender Sir Finance Corp | Unsecured | | No Claim Filed |
| 45. | Midwest Emergency | Unsecured | | No Claim Filed |
| 46. | Loyola Emergency Phys | Unsecured | | No Claim Filed |
| 47. | Municipal Collection Services | Unsecured | | No Claim Filed |
| 48. | North Shore Agency Inc | Unsecured | | No Claim Filed |
| 49. | Nicor Gas | Unsecured | | No Claim Filed |
| 50. | Palisades Acquisition LLC | Unsecured | | No Claim Filed |
| 51. | Harvard Collection Services In | Unsecured | | No Claim Filed |
| 52. | National IPF Company | Unsecured | | No Claim Filed |
| 53. | Pacific Creditors | Unsecured | | No Claim Filed |
| 54. | Payless Shoe Source | Unsecured | | No Claim Filed |
| 55. | Nicor Gas | Unsecured | | No Claim Filed |
| 56. | RMR & Assoc | Unsecured | | No Claim Filed |
| 57. | Telecheck | Unsecured | | No Claim Filed |
| 58. | SBC | Unsecured | | No Claim Filed |
| 59. | Ingalls Memorial Hospital | Unsecured | | No Claim Filed |
| 60. | USA Payday Loans | Unsecured | | No Claim Filed |
| 61. | St Bernard Emergency Physicians | Unsecured | | No Claim Filed |
| 62. | South Suburban Cardiology | Unsecured | | No Claim Filed |
| 63. | TCF Bank | Unsecured | | No Claim Filed |
| 64. | US Department Of Education | Unsecured | | No Claim Filed |
| 65. | University of Illinois | Unsecured | | No Claim Filed |
| 66. | Safeway Insurance Co | Unsecured | | No Claim Filed |
| 67. | University Of Illinois Hospital | Unsecured | | No Claim Filed |
| 68. | Van Ru Credit Corporation | Unsecured | | No Claim Filed |
| 69. | Webster Emergency Physician | Unsecured | | No Claim Filed |
| 70. | Village of Hazel Crest | Unsecured | | No Claim Filed |
| 71. | Physicians Plus | Unsecured | | No Claim Filed |
| | | | $ 36,777.04 | $ 5,234.67 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Boykins, Rodney

Printed: 9/5/06

Case Number: 05 B 36003
Judge: Hollis, Pamela S
Filed: 9/8/05

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 304.66 |
| | _____ |
| | $ 304.66 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_