IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Baker-Boykins, Darlene | Case Number: 05 B 36003 |
|---|---|
| | Judge: Hollis, Pamela S |
| Printed: 1/15/08 | Filed: 9/8/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: October 15, 2007
Confirmed: December 5, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 11,307.68 | |
| Secured: | | 8,567.95 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,150.00 |
| Trustee Fee: | | 589.72 |
| Other Funds: | | 0.01 |
| Totals: | 11,307.68 | 11,307.68 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Debra J Vorhies-Levine | Administrative | 2,150.00 | 2,150.00 |
| 2. | HomeComings Financial Network | Secured | 0.00 | 0.00 |
| 3. | HomeComings Financial Network | Secured | 21,533.49 | 2,287.84 |
| 4. | National Capital Management | Secured | 7,500.00 | 6,280.11 |
| 5. | Illinois Dept of Revenue | Priority | 150.04 | 0.00 |
| 6. | Illinois Dept of Revenue | Unsecured | 4.74 | 0.00 |
| 7. | Guardian National Acceptance Corp. | Unsecured | 1,710.66 | 0.00 |
| 8. | Nicor Gas | Unsecured | 214.08 | 0.00 |
| 9. | First Resolution Investment Corp | Unsecured | 511.81 | 0.00 |
| 10. | United States Dept Of Education | Unsecured | 465.31 | 0.00 |
| 11. | National Capital Management | Unsecured | 1,037.36 | 0.00 |
| 12. | WFS Financial | Unsecured | 992.55 | 0.00 |
| 13. | City of Blue Island | Unsecured | 450.00 | 0.00 |
| 14. | City Of Chicago Dept Of Revenue | Unsecured | 57.00 | 0.00 |
| 15. | Advanced Heart and Health | Unsecured | | No Claim Filed |
| 16. | ADT Security Systems | Unsecured | | No Claim Filed |
| 17. | Midwest Emergency | Unsecured | | No Claim Filed |
| 18. | AFNI | Unsecured | | No Claim Filed |
| 19. | AT&T Broadband | Unsecured | | No Claim Filed |
| 20. | Ameritech | Unsecured | | No Claim Filed |
| 21. | AT&T Broadband | Unsecured | | No Claim Filed |
| 22. | Automated Collection Services | Unsecured | | No Claim Filed |
| 23. | Certegy Payment Recovery Services Inc | Unsecured | | No Claim Filed |
| 24. | Bally Total Fitness | Unsecured | | No Claim Filed |
| 25. | Carpet Corner | Unsecured | | No Claim Filed |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Baker-Boykins, Darlene

Printed: 1/15/08

Case Number: 05 B 36003
Judge: Hollis, Pamela S
Filed: 9/8/05

| # | Creditor | Type | | Claim |
|---|---|---|---|---|
| 26. | Certegy Payment Recovery Services Inc | Unsecured | | No Claim Filed |
| 27. | Cingular Wireless | Unsecured | | No Claim Filed |
| 28. | CFC Financial Corp | Unsecured | | No Claim Filed |
| 29. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 30. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 31. | City of Harvey | Unsecured | | No Claim Filed |
| 32. | Comcast Cablevision | Unsecured | | No Claim Filed |
| 33. | Devina Shah | Unsecured | | No Claim Filed |
| 34. | Credit Management Co. | Unsecured | | No Claim Filed |
| 35. | Creditors Discount & Audit Co | Unsecured | | No Claim Filed |
| 36. | Hollywood 13841/Bridgeview | Unsecured | | No Claim Filed |
| 37. | Harvard Collection Services In | Unsecured | | No Claim Filed |
| 38. | Friedman & Wexler LLC | Unsecured | | No Claim Filed |
| 39. | Dish Network | Unsecured | | No Claim Filed |
| 40. | Direct Tv | Unsecured | | No Claim Filed |
| 41. | Intermed Oncology Associates | Unsecured | | No Claim Filed |
| 42. | United States Dept Of Education | Unsecured | | No Claim Filed |
| 43. | Nicor Gas | Unsecured | | No Claim Filed |
| 44. | Lender Sir Finance Corp | Unsecured | | No Claim Filed |
| 45. | Loyola Emergency Phys | Unsecured | | No Claim Filed |
| 46. | Ingalls Memorial Hospital | Unsecured | | No Claim Filed |
| 47. | Keith S Shindler Ltd | Unsecured | | No Claim Filed |
| 48. | Physicians Plus | Unsecured | | No Claim Filed |
| 49. | Municipal Collection Services | Unsecured | | No Claim Filed |
| 50. | Nicor Gas | Unsecured | | No Claim Filed |
| 51. | North Shore Agency Inc | Unsecured | | No Claim Filed |
| 52. | National IPF Company | Unsecured | | No Claim Filed |
| 53. | Payless Shoe Source | Unsecured | | No Claim Filed |
| 54. | National IPF Company | Unsecured | | No Claim Filed |
| 55. | Pacific Creditors | Unsecured | | No Claim Filed |
| 56. | Palisades Acquisition LLC | Unsecured | | No Claim Filed |
| 57. | RMR & Assoc | Unsecured | | No Claim Filed |
| 58. | Telecheck | Unsecured | | No Claim Filed |
| 59. | South Suburban Cardiology | Unsecured | | No Claim Filed |
| 60. | Safeway Insurance Co | Unsecured | | No Claim Filed |
| 61. | St Bernard Emergency Physicians | Unsecured | | No Claim Filed |
| 62. | ADT Security Systems | Unsecured | | No Claim Filed |
| 63. | SBC | Unsecured | | No Claim Filed |
| 64. | TCF Bank | Unsecured | | No Claim Filed |
| 65. | USA Payday Loans | Unsecured | | No Claim Filed |
| 66. | University of Illinois | Unsecured | | No Claim Filed |
| 67. | Van Ru Credit Corporation | Unsecured | | No Claim Filed |
| 68. | Village of Hazel Crest | Unsecured | | No Claim Filed |
| 69. | Webster Emergency Physician | Unsecured | | No Claim Filed |
| 70. | University Of Illinois Hospital | Unsecured | | No Claim Filed |
| 71. | Ingalls Memorial Hospital | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 36,777.04 | $ 10,717.95 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Baker-Boykins, Darlene

Printed:  1/15/08

Case Number:  05 B 36003
Judge:  Hollis, Pamela S
Filed:  9/8/05

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 304.66 |
| 5% | 59.15 |
| 4.8% | 173.43 |
| 5.4% | 52.48 |
|  | _____ |
|  | $ 589.72 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

